# First District Court of Appeal
## State of Florida

_____

No. 1D18-4290
_____

Abdullah Hakeem,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

June 11, 2019

Per Curiam.

    Affirmed.

Ray, Bilbrey, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.